United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

August 23, 2005

Susan Mary Williams, Esq.
Williams & Works, P.A.
Post Box 1483
Corrales, NM 87048

In re: The Shoshone Indian Tribe of the Wind River Reservation, Wyoming and the Arapaho Indian Tribe of the Wind River Reservation, Wyoming v. United States, Nos. 4581-79L & 4591-79L

Dear Ms. Williams:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated August 3, 2005, in favor of plaintiffs in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Terry M. Petrie, Esq.
Department of Justice